Good morning, your honors. May it please the court, Joseph Horry representing the appellant, the Tanapak Middle School PTSA. If I may, I'd like to reserve six minutes for rebuttal. I'll now say it explicitly to you. You're starting with 20. It counts down. When it gets to six, that means you've got six minutes left. You're going to save those. Okay, I'll keep an eye on that. The question we're ultimately asking the court to review is whether Heller and McDonald's Second Amendment decisions extend to the CNMI. But before I get to that, I want to touch briefly on some challenges that have been raised to our right even to pursue this issue. First of all, mootness. The district court held that our motion to intervene in this case was moot due to the subsequent local legislation in the CNMI which repealed our former handgun prohibition. But if the issue ever was moot, and we don't believe it ever was for the reasons stated in our briefs, but if it was, it's certainly not moot now. Since the CNMI legislature has revived the former law, it's expressly provided that the CNMI will revert to the former law if the district court's decision is overturned. Sort of a strange thing, what the legislature has done. It's basically said, court, you've ruled that the prior law was unconstitutional. Yes. We didn't choose, we, the government, didn't choose to appeal. But we'll enact a new law conditioned on you overturning your prior decision. Isn't that really a request for an advisory opinion? I don't think so, Your Honor. I think it's, when you say we, there's several we's here, but I'm treating the government of CMNI as an integrated entity, if you will. Problem is that it's not. It was a decision of the attorney general not to appeal. But that decision is a decision of the commonwealth. And also the decision of the legislature. So can a legislature say to a court, we understand what you've done and we'll obey it until you say something different. And once you say something different, we'll enact a new law. I sure the legislature can do that, but how does that comport with Article 3? Isn't it really a request for, if you ever choose to give us an advisory decision that your previous decision was wrong, we'll pass a new law? Well, it's not, the law has passed already. It would go into effect automatically in the same way that it would had it never been repealed in the first place. And it's a fairly common thing, it seems to me, to do in the cases that we do cite in the briefs for a municipality or a state to do that. But then when the state or municipality appeals, I understand that. They keep the prior case alive. But to say we're not going to keep the prior case alive, we're just going to pass this law. And then to go back to the district court and say, well, because they've passed this conditional law, the prior case remains alive, seems strange to me. It's strange. And the strangeness derives from the commonwealth being of two minds. And the attorney general having one mind, the legislature and the governor having another. And that was a weird situation to begin with. So it has produced... So give it to me precisely what the legislature has said it will do and under what circumstances that is to say, just outline that for me so I understand it precisely. The legislature has revived the former handgun prohibition. It's 6 C.M.C. section 2222 E, which was... And it will enact it if what? It has been enacted, but it will not go into effect. It goes into effect upon the district court's decision being overturned, vacated... Overturned by us now in this appeal? Or at any other time. Okay. But if we were to reverse the district court... It would automatically... Automatically become law. Okay. The issue of standing has also been raised or standing has been questioned. And then I take it there would be a second lawsuit. Excuse me? Then I take it there would... So, if we were to grant you a motion to intervene, then you would argue the merits of the previous decision on appeal. Well, we're arguing that now. I understand. I understand. If we did not grant your motion to intervene, then how would this conditional event that the legislature talks about ever take place? Possibly in some future proceeding of a kind that hasn't... We don't have before us now. Yeah. It's strange because the law in effect right now is plainly constitutional. It's possible that it... It may not be good as a matter of policy, but there's no constitutional challenge to the current law. And as things stand right now, if this court were not to grant us leave to intervene, that it would go... Something could come up in the future, for example, in a criminal case involving a gun where somebody challenges this again. I can't really speculate on the context, but it could come up in another case in the future and come before the court again. If you were to skip directly to the merits for a moment... Sure. ...why doesn't the Second Amendment apply in the CMNI, given the adoption, if you will, of that part of the Bill of Rights in the generic documents? The covenant, right. No, the answer to that requires the court to interpret the covenant. And so just as with the Second Amendment itself, that requires a textual and historical analysis of the covenant, so as to ascertain and effectuate the intent of its framers and ratifiers. Now, this court, in its Second Amendment cases, has been very diligent in getting into the history. And the court should do so again, recognizing that in this case, it's looking at a different history, at a different place in time, different framers, different ratifiers. And as you see, when you look at it, a different understanding and intent from that which prevailed... So your argument, as I understand it, is that when the covenant was adopted, they intended to adopt the old Second Amendment. Exactly. The pre-Heller Second Amendment. Exactly. And they weren't going to put up with the Supreme... They didn't adopt the subsequent interpretations of it by the Supreme Court. That's correct. Does that argument go with respect to all of the constitutional provisions that were adopted, that is to say, frozen in time for everything? Your Honor, I think there was some anticipation on the part of the framers, and you can see it in the documents that are there, of looking ahead towards... They see the progress of decisions. They're anticipating matters proceeding on a course following the course that the courts have set out in their previous decisions. I think there's some room for that. But it takes it further than... So what was the date of this adoption by the CNMI? 1975. And in 1975, it was a clear and unanimous opinion of the Circuit Courts, of the Supreme Court, that the Second Amendment does not extend to the states. What is their understanding, though? I mean, there's no writer in the covenant, right, that we adopt the Second Amendment as it existed in 1975. No, if there were, we wouldn't need to be here. So how do you read that limitation in there when it could have been expressed as much as it could have been expressed on the other amendments, and there's nothing like that anywhere in the covenant? Well, it could have been expressed either way, and because it was not, we do need to get into the negotiation history. And what's grown up over the years now, is treating the constitution that was adopted by the covenant as the same constitution that applies to the rest of the United States, as interpreted by the Supreme Court as time goes on, right? That's the accepted approach now, isn't it? With respect to everything, except maybe what you're saying, the Second Amendment. Show me an exception where that wasn't done. Well, I don't see an exception where that wasn't done, for the reason that we don't have the situation with any other amendment where the Supreme Court came along later. And why should the Second Amendment be treated differently? Because the Supreme Court did come along later, and have a different, exactly the precise opposite, 180 degree opposite interpretation. Could the CMNI ban same-sex marriage? Um, that's... It's a due process, right? So it's a Fifth Amendment, right? It was not part of the understanding of the Fifth Amendment in 1975. Could the CMNI say no, notwithstanding recent Supreme Court decisions? We're a 1975 sort of people, and we're going to ban it. I think that would be a tougher argument. Because you do have it clear that the 14th Amendment applying to the states, and that's explicit in the covenant. And you don't have anything in the record where they look at it... What 14th Amendment? Right, right. And you don't have anything in the record where they explicitly have a contrary intent. That you do have that here. So it's not, it wouldn't be as clear-cut of a situation as you have here. I'm sympathetic to the argument in the following sense. It's very clear that the court in Heller turned its back on its prior jurisprudence. I mean, it's just flatly changed its mind. But I'm not sure that gets you anywhere. Well, it did. And I think, and also in McDonald, it changed its mind again, twice. You have it changing its mind, establishing... Sometimes it changes its mind for the worse, and sometimes it changes it for the better. I guess I'm trying, I'm having a difficult time distinguishing between the two for purposes of your argument. Well, the problem we have here is that neither the text... If we follow this approach, if we adopt the approach that the radix and the district court followed, what we'll have is the people of the Commonwealth being bound by a constitutional rule that we know they did not consent to, that we know they did not anticipate, and we know that they are powerless to change by their own constitutional processes. That will be the result. Well, I can't see how they might change their own constitution and say, you know, what we did back in 1975, we don't want to do anymore, or they can now bound by that for eternity. They're bound by that for eternity. Because? They can't. They can't go back and amend their own constitution. Why not? Because this court held in the Davis case just last year that they cannot, where the question came up where the... Oh, no, no, no. I mean, but, you know, they can amend the covenant. If they can get Congress to agree, right? They get to get Congress to agree. So that political avenue is still open. Yeah, but that is subject to a veto power of Congress. Right. It's not an exercise... As the original covenant was. The original covenant was put together through negotiation, had to be agreed... I know that, but still it was subject to the veto power of Congress, technically. Or it would not have gone into effect at all, and we'd be still in the trust territory. We're still in the trust territory. We did not have... Actually, the right to bear arms was not enforced there at all. But you did need to have the mutual agreement to set up the covenant in the first place. What you would have now is you'd have to get it through and get the approval of Congress... Again, you need mutual agreement. You would need... If just the CNMI not agreeing to something in the past, at the time of the original covenant, was sufficient to take it off track. They had to hammer out an agreement that was satisfactory to both sides before the whole thing could be adopted. That would no longer be the case. I'm sorry. Well, that's true, though, with amending the covenant. You have to have agreement on both sides. You do. It's the same thing as adopting the original covenant. No, because the default is different. If you didn't have agreement by both sides at the time of the original covenant, you ended up with no agreement. Oh, and then you ended up continuing as a trust territory. Right. And subject to the right eventually to advance into self-government. Well, if Congress agreed. Well, Congress had already... You're back at the same boat. That was... But you wouldn't have the permanent and binding agreement without the CNMI's consent at that time. That assumes we get to the merits. Right. We've addressed mootness. Can you tell me why your clients have standing? Yes, our clients have standing. The test for standing in this situation is that when an intervener appeals from a decision that's not being appealed by one of the parties in the district court, it's whether the interveners or its members' interests have been adversely affected by the judgment. Our interests have adversely been affected. Not only is there a credible threat of harm, but we in the PTSA have a special responsibility to respond to that threat. Now, as persons having responsibility for school children, we have a legal duty to act vigilantly to protect them from danger. As I understand it, this is basically a parent-teacher association. Yes, it is. Not legally responsible for operating the schools? Well, our teachers are legally responsible. Well, no, your teachers are legally responsible for the duties assigned to them in the schools, but they're not... Tell me how they will suffer concrete harm from the current state of affairs. I understand that they very much oppose this new law and they think it might lead to greater violence in society and therefore that schools may need to take some proactive measures, but how are these individuals concretely harmed? By the need to take the proactive measures. But they're not being required to take them, are they? They're required by circumstances to take them. But there's no legal need. In other words, there's no change in the law that's going to make them undertake... that requires them legally to undertake any additional affirmative duties, right? It's a voluntary association that undertakes voluntary activities. Isn't that what it is? Our teachers have the duty to protect the students against... Can you cite me a sideband statute that gives them that duty? Yes, it's in the restatement of torts, which we've cited in our brief in this section. There is a duty that's incumbent upon school teachers to... Upon whom? School teachers. Well, no, wait a minute. The teachers, you know, act through the school authorities of the CNMI. They don't act through the PTA. Well, they are members of the PTA. I know that, but they're members of churches too. But if any member... If the members of our association have standing, then the association itself has standing. No, they don't have standing as members of the... In fact, you know, it's the obligation of the school authority, which I suppose in the CNMI is the Commonwealth, ultimately, right? That, you know, you say have these obligations in the restatement of torts. It's not... You know, you can't sue the... I assume the... What is it? The PSTA for some tort under the restatement of torts. Has that ever been done in the Commonwealth? Not so far as I'm aware, but you can certainly sue the teachers for negligence, for failure. Right, but that has no effect on the association. I disagree, Ron. I think there's... I mean, legal effect. There's a... No, it doesn't drain the treasury of the association, right? If there's an adverse judgment, you know, the judgment, if it reflects... It doesn't drain the treasury, but our members... If it reflects against anybody, it's the Commonwealth. That may be, but it's our members' duty, which creates a standing, in addition to the threat of harm, which is to all of us. But it's not their duty as a member of the PTA. It's their duty as a teacher, as a part of the Department of Education. That's what creates the duty. The duty does not depend on what capacity they act. They have the duty to act regardless of whatever they may be a member of. It's incumbent upon them to act and take steps to protect the students under their care. Okay. Now, you're under year six. You may want to save some money. I'd like to save for rebuttal. Thank you. Good morning, your honors. May it please the court. My name is David Siegel. I'm here on behalf of David and Lerong Raddick. Thank you for hearing me today. The instant appeal should be denied because the appellants simply do not meet the requirements for standing to intervene in this matter. Most glaringly, there is a lack of either a concrete or a particularized injury. This is an attempt to raise a general citizen's grievance regarding a decision by the Commonwealth government with which it disagrees. Well, what about his, I mean, Mr. Horry's reliance on the obligations created by the restatement of torts against teachers and that teachers are members of this association? I believe your honor, Judge Tashima, you said it correctly that this is not a legal obligation. This is an obligation the same as any citizen, as any parent in the Commonwealth or anywhere else in the United States. Well, it's a little bit different. I mean, we've, anybody who pays any attention to the newspapers knows that we've had a whole series of tragedies in schools in which firearms were involved and teachers say, I am more at risk and my students are more at risk. They're different than the public at large in that respect, are they not? No, your honor, because otherwise that means that anywhere, that there is any firearm violence that anyone can say. Well, but there's something more here. I mean, it may not be enough, but there's something more here. We have a compelling recent history that it's very dangerous in the United States right now to be a school child or a teacher. We don't, and so does that inform our analysis of the standing of these individuals? Judge Hurwitz, while of course the original plaintiffs, the appellees, are incredibly sympathetic to- And I'm not suggesting there's any danger from your clients, but surely there is a there is compelling evidence in general that there is an additional danger when firearms are readily available in the United States to children and to teachers. Why doesn't that give them enough standing to argue this? Because it neither is a concrete injury nor a particularized injury. It is merely a speculative one. What if they are saying, and I think there's some basis here for us to interpret them as saying, listen, the PTA is an independent organization. It exists as an organization. It has a budget and it will spend money to defend the schools, to defend the teachers. It will spend money to take measures given the availability of firearms. Why is there not injury in fact, if that is true? Well, Judge Fletcher, because I don't believe that the absence of evidence that hasn't been presented, it is the government's responsibility to fund the schools, including any school safety measures. It's not- Well, I understand it's the government's responsibility, but as an independent organization, the PTA may be taking measures that adversely affect its members, spending money, raising money, and so on. Why is that not injury in fact? Well, Your Honor, it's kind of impossible to evaluate that since there's no evidence that such thing has actually occurred. But the problem with this record, of course, is that the district court, I think quite correctly at the time, said this is moot because a new statute has been passed. And you can't attack an old statute anymore when a new statute has been passed. But perhaps that mootness has gone away with subsequent events. So should they have the opportunity to make a record on this in the district court? Let's assume that we have something in the record that says the PTA is doing the following things that cost money in response to this statute, excuse me, in response to this ruling. Then what? Your Honor, I still don't believe that that makes the injury required for standing any more concrete or particularized. I'm asking you to assume that they are spending money. That's pretty concrete. So tell me again why there's no injury in fact under the Supreme Court's jurisprudence. Well, Your Honor, because even if there is the factual scenario that you are describing, it still does not require, it still does not make the PTSA any different than the plaintiffs, than the citizen plaintiffs. Well, no, that's a nonsense answer. It does make them different because they're spending money out of the PTA budget. So do you have any better answer than that? There's a case law out there that there is a better answer, but I guess you don't know the case law. I guess, Your Honor, I'm not thinking of it at the moment. But I would be happy to rely on that statement that there is a better answer. Well, but then I want you to distinguish the case, but you don't know the case. Okay. I apologize, Your Honor. But I do want to touch on what Judge Hurwitz mentioned about the new law. What I am . . . Brian, before you get to that . . . Oh, of course. . . see if you . . . I may have . . . this may have gotten lost in the wash. How would they make a record of their concrete injury? They've made allegations in their motion to intervene and the district judge essentially said, well, it really doesn't matter because the case is moot. How would one make a record in that circumstance? Well, Judge Hurwitz, I guess based on Judge Fletcher's questions, they would have to attempt to show beyond some measure of speculation that they have actually . . . Required to do something. They're either required to do something or I guess that they've actually done something beyond . . . Well, what do you mean by required? You see, the problem is I don't think you're focusing on the elements of the legal requirements for standing. One is a concrete injury. I mean, you know, sure, money is concrete, but we're talking about a concrete injury. And concrete injury means an injury, right, that comes from a legal obligation that this law imposes. And I don't think any spending that a PTSA might engage in is required by any law, is it? It's just a charitable act. Well, that's . . . It's not a legal injury, in other words, that causes it. Judge Tshishima, perhaps inartfully, that is the point I was trying to get across, that the PTSA might have a concern in this that certainly would, I think, they would be encouraged to take part in the political process. But it's not the PTSA's legal responsibility to be taking care of school, whether it's the education or whether it's school safety. I mean, that is the government's responsibility the same way that it was the government's responsibility to defend this law. Yeah, but if we're talking injury, in fact, that's a different question from whether or not there's a legal responsibility to act. I'll give you the case law that you apparently don't know. The Supreme Court says, with respect to surveillance, this electronic surveillance, a plaintiff brings suit saying, you know, your electronic surveillance of international communications requires us in defending our allegedly terrorist defendants to take extraordinary measures to communicate with them because we're very worried that the United States government is going to intercept the communications. So we're having to fly to these foreign countries simply in order to communicate with our clients and we're spending money. The Supreme Court says there's no standing for that. I think the Supreme Court's wrong, but that's what the Supreme Court says. I mean, that's your case. Apparently, you don't know it, but that's the case you want. Your Honor, I apologize. In my research, that case did not arise, but I believe it's quite analogous to this situation. Let me ask you a merits question. This is one that often occurs when we talk about state constitutions. The theory of state constitutions don't have to be coextensive with the federal one. And in the absence of the application of the federal constitution to a certain circumstance, the state can provide what it wants to. If we view the covenant in effect as a state constitution and we do what Justice Scalia and Justice Thomas would do, which is look at the original intent of the framers, they intended to adopt what I would call the old Second Amendment, the one that didn't apply to the states. Now, and we're not arguing here about whether or not the Commonwealth has an independent obligation to adopt the Second Amendment, whether the Second Amendment applies despite the covenant, just focusing on the covenant for a second. Why shouldn't we interpret the covenant that way? Two reasons, Judge Hurwitz. The first is that the covenant is unambiguous in its writings. It adopts amendments. It says to the extent that they're not applicable of their own force, the Commonwealth adopts Amendments 1 through 9, as well as Section 1 of the 14th Amendment, as well as some others, as if the Commonwealth is one of the several states. That is unambiguous. What is also... So when the constitution is unambiguous for the covenant, we should not look at the intent of the framers? I believe that when... I'm not sure what the intent shows. Take your opponent's position for a second that the intent shows that they liked the Second Amendment because they thought it didn't apply to the states. They just wanted to form a militia. Well, the Commonwealth, in its deliberations to draft the covenant, stated and this is in the record that they wrote, at what point the importance of a well-regulated militia would mandate greater freedom to remain armed is not explained by U.S. v. Miller and remains unclear. They knew. Council's trying to create an ambiguity where there is none aside, the framers knew that there would be future court decisions that might affect their understanding as they added in 1975. If the framers did not want to adopt the Second Amendment, they could easily have excluded or limited. As one of your honors had noted, they could have put something in the covenant that said that we're adopting the amendment... The militia part, but not the right to bear arms. Well, or any of it. We're adopting the covenant as it is interpreted by the United States Supreme Court as of this date and we are not subject to any future court decisions. They could have written that. I don't know whether or not how it would have gone in the negotiations, but they could have written that or they could have chosen to omit the second or the first or the fourth or any other amendment outright, the same way as they excluded other rights that they chose not to include. It is ironic that the trusteeship agreement, the 1947 agreement, the purpose and the purpose of the covenant was to secure the rights of the people against the government. That was the point. Like the Bill of Rights. That's why they adopted it that way. And the CNMI government and the district court and the appellants now, they want to use that document to strip rights away. And I think one of your honors mentioned it. Well, what about gay marriage? Well, can they come in now and say, well, we would never have adopted the 14th amendment of the covenant had we known that this could happen. But the fact is, is that the appellants tipped their hand when they write. This is not to say that the construction with respect to the CNMI of those parts of the U.S. Constitution applicable there must in all cases be limited to their pre-1975 constructions and that no post-1975 decisions are binding there. That is a larger question that need not be reached in this case. This is the appellants wanting to insert their value judgments because they disagree with what the government did. This is no different than any of those other cases. Lujan, Diamond. Now in McDonald, the Supreme Court stated, so what the city of Chicago must mean is that the second amendment should be singled out for special, not specially, I'm sorry, special and specially unfavorable treatment. We reject that suggestion. By writing what the PTSA did in their brief, that is exactly what they're trying to do. They are trying to make this a big issue about the intent of the framers, but really what this is about is that they are opposed to the district court ruling that the second amendment applies and only the ruling that the second amendment applies. And they want to take their value judgment and try and substitute it for that of the government, which by the way, the government did not roll over. They fought this case very strenuously and argued exactly the same things as counsel is arguing. The district court agreed with them and they made the choice in the interest of the people, because that is what they are there to do, that rather than appeal, they are going to pass a comprehensive firearm law. That was their decision of how to represent the people. And I suppose the CNMI could at this point remove the condition from its new law. In other words, the legislature could get together and say, well, it doesn't appear that the district court ruling is going to be appealable. And so we repeal the second law and go back to the original law. And then you'd have to go attack it again, would you not? Actually, wait, you mean the second handgun ban that's in the new public law? Well, I mean, I think there's, in my mind, there's three laws. There was the previous existing handgun ban. There's the new law reacting to the district court's finding it unconstitutional. And there's the provisional, there's the provisional revision, reversion, if you will. But my point is that the legislature could simply remove the conditional reversion and re-adopt the old law. And then you'd have to go back to court and attack it again. No, in that case, you wouldn't have standing, would you? Well, Your Honor, what's interesting, Judge Hurwitz's question and yours, Judge Tashima, that SAFE Act has already been litigated. Parts of it were already struck down. Parts of it were already upheld. But it's sort of a strange thing because the SAFE Act is what I call the second, right? The legislature could say, we don't like the SAFE Act anymore. We're going to go back to our original, if you will, ban on handguns. You would go back to court and say, wait a minute, I've got a court order here. And they could then appeal, I suppose, at that point if they wanted to, the Commonwealth. There's nothing that prevents the legislature from going back to otherwise before. Well, Judge Hurwitz, I do believe in that situation that there would easily be a claim for a CNMI government if it tried to once again do exactly what the district court struck down. I think there's some preclusion law that might take care of your problem. Well, in other words, we're in this strange situation here, which makes me mildly sympathetic to the notion of litigating the merits, that because of where we are, even though the legislature has apparently said, we'd love to revert to our previous situation, but we're afraid to because a judge has found it unconstitutional. The only way it's ever going to come up in front of us is if an intervener can do it. Isn't there an injunction outstanding from the district court saying you can't enforce that? The injunction that the plaintiffs received in the district court? Yes. So realistically, the only way... That's what's going to prevent the legislature from flat out restoring the old law, right? I have... They'd be in contempt of court. I agree. I have never seen an instance where there is so clearly an attempt to manufacture standing and unmoot a case as has what has happened in this case. The new law, the public law 2027, I believe, it is so nakedly obvious that the only reason that was enacted was to try and give cover to the appellants. I've never heard of a case being unmooted 20 months later, and I've never heard of an attempt to manufacture standing such as this. And even if that does somehow fix that element of standing, it does, and I guess to bring it back around, Your Honor, I don't believe that this creates a concrete or particularized injury any more than the plaintiffs in the Diamond case, the Lujan case, Hollingsworth... The Clapper case. That's the case you want. Clapper. So before you sit down, I had one question which I think you can give a yes or no answer to. In the absence of the covenant, would the Second Amendment apply to what is now the CMNI? In the absence of a covenant saying what it says or the absence of any... Let's assume in the absence of the covenant saying what it says. They are a commonwealth subject to the United States. They were a territory. Wouldn't the Second Amendment apply in the absence of their express adoption of it? You don't argue that. That was one of the questions that occurred to me as I look at this case. Your Honor, I believe there was a case... Surely they couldn't have slavery, for example, even in the absence of having adopted the 15th Amendment. So I'm trying to figure out what the application of the Constitution is without respect to the covenant. I believe that, and I apologize for not knowing names of the cases, but in cases involving Puerto Rico, for example, they're subject to the U.S. Constitution, including Second Amendment cases, and I imagine in others as well. You don't argue that. I was just trying to... No, but I don't think that the appellants are arguing that either. I didn't want to take you astray. No, but I think it's a good point. In the absence of the covenant adopting the Second Amendment, we probably wouldn't be here today. But because they adopted the Second Amendment and explicitly did so is the reason why the district court is correct. No, but it's also integral to the creation of the Commonwealth because they're all in the same document, right? The creation of the Commonwealth includes the covenant adopting whatever was adopted by the covenant. In other words, there would be no Commonwealth, and then you'd be a territory, and no part of the Constitution would apply unless Congress enacted a statute saying, this part of the Constitution applies to the territory of Saipan or something like that, right? Judge Tsushima, I agree with you, and I agree that it would be a completely different case if the facts weren't as they are. But they are as they are, and that's why we ask that the appellant's appeal be denied with regard to the intervention request, and as well, if the court should reach that issue, the merits. My time is well up. Thank you for hearing me. Could you put six minutes on the clock, please? Thank you very much. First, let me address the question that came up a couple times, which is whether the Second Amendment would apply to the CNMI in the absence of the covenant. The answer is no, it would not. The only... But there wouldn't be a CNMI in the absence of a covenant, would there? Well, whether to the trust territory or to CNMI territory or to anywhere outside the incorporated United States, the only provisions of the Constitution that have independent force are those under the rule of the Insular Cases, which are fundamental in the international sense, fundamental to all free government. And the Second Amendment is not among those rights that extend by its own force. It has to be specifically applied either to a territory by Congress or, in the case of the CNMI, by mutual agreement. That's what I was trying to say. In fact, McDonald... I know that's a side trip, so don't spend much time on it. It's relevant, though, because McDonald gets into that, and McDonald talks about, well, we don't look at it that way in the states. In the states, we look to this later standard of whether it's fundamental to the Anglo-American tradition, not fundamental to all free government. You'd reach a different answer. The McDonald Court turned aside these references to what's done in Britain and Australia and France and Mexico and Luxembourg and elsewhere in the world, because they said that's not relevant to our tradition. In our case, it is. So there would be no Second Amendment without the Covenant. So you do have the Covenant, and you have to look at what does the Covenant mean and what did the framers mean when they adopted it. And it is appropriate to look there to what was foreseeable to them. Counsel... Can I ask you about standing? Yes. What is there at the moment in the record about any adverse impact upon your client based upon the ruling by the district court? Now, what there is in the record now has to do with, first of all, the direct impact and the threat of harm, the increased threat of harm that there is simply from having guns begin to proliferate in the community. Is there anything in the record with respect to the PTA spending any money? No, there's not. Why is that threat, that other threat you've just described, different than the threat that an average citizen might feel? In other words, if I'm an average citizen and I say, now that it's clear that people can have handguns in Saipan, I'm going to have to put a burglar alarm in my house, or I'm going to have to buy one too to protect myself. Why is that any different? It's not any different. So aren't you really asserting citizen standing here? No, we're not. Because citizen standing and generalized grievance has to do with an abstract grievance. You just object to it on principle. You're in favor of gun laws. No, I'm saying I'm a citizen and I say, look, statistics show that in places where handguns are readily available, there are more burglaries. So I'm going to put in a fire alarm. I'm going to put in a burglar alarm. That's just not my opposition to it. I'm going to have to spend money to put in a burglar alarm. Does that citizen have standing? There is an increased threat of harm to that citizen. Yes, there is. Let's be honest. I want to point out one thing in the record that may have some real understanding. In the PTSA's charter, on paragraph three it says, this corporation is organized exclusively for charitable, religious, and educational purposes under 501c3 of the Internal Revenue Code. Right? It's a charitable corporation. Yes. Now, how can, you know, whatever happened in the Second Amendment, legally affect the charitable corporation? Well, I think the purpose of the charitable corporation is the advancement and protection of the interests of the students. And so that's, I don't have that in front of me, but that is also in the charter. Sure, to promote the welfare of children. Exactly. And youth in home, school, and in the community. Right. But, you know what, but, well. And where there is a threat of harm to the students as handguns pose, in the home, in the school, and in the community. But as I understand, and I think you said this, but I want to pin it down, but as I understand your theory as you're trying to advance it here, anyone in the community in CNMI would have standing because, in your view, they are subject to increased danger. There's two parts to my answer to that. A, yes, that's true. I do believe that. And that's part of our argument. B, even if that's not sufficient standing, the school and the teachers of the school have an additional level of standing based on their legal obligation to the students under their care. And I referred to that earlier. It's on page 10 of our opening brief. That's Restatement 2nd of Torts, Section 320, which recognizes that. The new statute hasn't increased their common law duty under the Restatement of Torts. It's just posed a different situation in which they must exercise that duty. Exactly. The duty still remains the same. It's the duty of care. Right. But it's the new circumstances to which we must adjust in terms of, you know, what do we need to do now that we have a new threat to exercise our new duty of care? Do we need to conduct active shooter drills in the school? Do we need to, I saw one school in Pennsylvania recently, middle school, issue bulletproof backpack plates. Is that alleged here in terms of what the teachers or the PTSA will actually do in response to this? Or is this just you talking? It's not, it's, it's, it's not, well, it's not just me talking. The president of the PTSA submitted an affidavit of, you know, possible things that we need, we need to respond to it in some way. Whether, we don't, we don't give particular ways that we certainly will respond, but we need to do something or we would be negligent in our duties to our students. Is here the we, maybe the PTSA, or is the we now the teachers? Um, certainly the teachers, uh, maybe not the PTSA as such, but the teachers. I think that may be the problem, that the teachers may be going to respond, but the PTSA is a separate organization. The teachers are members of the PTSA. Yeah, yeah, okay, I get it. Now, you've just used your six minutes, so if you'd like to sum up. I will sum up. Um, the, uh, the, I think what we, what we're looking at here is, is the most fundamental problem here is the infringement on CNMI self-government that this, that this creates, and this is, uh, back in, uh, Twining versus, uh, New Jersey, Supreme Court long ago said, said this. It must not be forgotten that in a free representative government, nothing is more fundamental than the right of the people through their appointed servants to govern themselves in accordance with their own will, except insofar as they have restrained themselves by constitutional limits specifically established. That is the cardinal principle that the covenant stands for. That is what it was established to, uh, establish, that was what it was established to confer on the people of the CNMI, and it should be read consistently with that purpose. We should always choose the inference that would support that purpose over the one that would impair or defeat it. Thank you. Thank you. Thank both sides for your arguments. That concludes arguments for this morning and for the week. We now adjourn. All rise.
judges: Tashima, W. Fletcher, Hurwitz